Anna Y. Park, SBN 164242
Michael Farrell, SBN 266553
Elizabeth Esparza-Cervantes, SBN 205412
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> LITHIA NISSAN HYUNDAI OF FRESNO, <br><br> Defendants. | Case No.: <br><br> **COMPLAINT - CIVIL RIGHTS EMPLOYMENT DISCRIMINATION** <br><br> Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621 *et seq.* <br><br> **DEMAND FOR TRIAL BY JURY** |

### NATURE OF THE ACTION

This is an employment discrimination action brought by the United States Equal Employment Opportunity Commission ("EEOC" or the "Commission) under the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621 *et seq.*, (the "ADEA") against Defendant LITHIA NISSAN HYUNDAI OF FRESNO (referred to hereafter as "Lithia" or "Defendant"), to correct unlawful

-1-

1  employment practices on the basis of age and to provide appropriate relief to
2  Delbert Abercrombie (referred hereafter as "Abercrombie" or "Charging Party),
3  and similarly situated persons. The EEOC alleges that Lithia failed to hire
4  Abercrombie and similarly situated persons because of age, over forty (40), in
5  violation of the ADEA.
6
7                          JURISDICTION AND VENUE
8       1.    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. sections
9  451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant
10 to section 7(b) of the ADEA, 29 U.S.C. § 626(b), which incorporates by reference
11 sections 16(c) and 17 of the Fair Labor Standards Act of 1938, as amended, 29
12 U.S.C. §§ 216(c) and 217.
13      2.    The employment practices alleged herein to be unlawful were
14 committed within the jurisdiction of the United States District Court for the
15 Eastern District of California.
16
17                                  PARTIES
18      3.    Plaintiff EEOC is the agency of the United States of America charged
19 with the administration, interpretation and enforcement of ADEA and is expressly
20 authorized to bring this action under § 7(b) of the ADEA, 29 U.S.C. § 626(b), as
21 amended by section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781 and by
22 Public Law 98-532 (1984) 98 Stat. 2705.
23      4.    At all relevant times, Defendant has been continuously doing business
24 in the State of California.
25      5.    At all relevant times, Defendant has had at least 20 employees.
26      6.    At all relevant times, Defendant has continuously been an employer
27 engaged in an industry affecting commerce within the meaning of Sections 11(b),
28 (g), and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

1  ///
2  ///

## STATEMENT OF CLAIMS

7. All conditions precedent to the institution of this lawsuit have been fulfilled. More than thirty (30) days prior to the institution of this lawsuit, Abercrombie filed a charge of discrimination with the EEOC alleging violation of the ADEA by Defendant. The Commission issued a Letter of Determination finding that Defendant discriminated against Abercrombie and similarly situated individuals by failing to hire them based on age (over forty), in violation of the ADEA.

8. Prior to this lawsuit, the EEOC attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with ADEA through informal methods of conciliation, conference and persuasion within the meaning of section 7(b) of the ADEA, 29 U.S.C. § 626(b).

9. On or about October 3, 2005, Defendant engaged in unlawful employment practices at its facility in Fresno, California, by failing to hire Abercrombie and similarly situated persons because of their age in violation of the ADEA.

10. The effect of the practice complained of above in paragraph 9 has been to deprive equal employment opportunities to Abercrombie and similarly situated persons, individuals who were age forty (40) or above at the time Defendant failed to hire them.

11. The unlawful employment practices complained of above were and are willful within the meaning of section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

1  A. Grant a permanent injunction enjoining Defendant, its officers, successors, and assigns; and all persons in active concert or participation with them, from engaging in any employment practices which discriminate on the basis of age.

B. Order Defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for persons forty (40) years of age and older, and which eradicate the effects of their past and present unlawful employment practices.

C. Grant a judgment requiring Defendant to pay Abercrombie and similarly situated persons back pay and benefits in an amount to be determined at trial; an equal sum as liquidated damages; and prejudgment interest on the lost pay and benefits.

D. Order Defendant to make Abercrombie and similarly situated persons whole by providing the affirmative relief necessary to eradicate the effects of its unlawful practices including, but not limited to, rightful-place hiring with seniority restored or front pay in lieu thereof.

E. Grant such further relief as the Court deems necessary and proper in the public interest.

F. Award the Commission its costs in this action.

///
///
///
///
///
///
///
///
///

1  ///
2  ///
3  ///
4  ///

## JURY DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

                        P. DAVID LOPEZ
                        General Counsel

                        JAMES LEE
                        Deputy General Counsel

                        GWENDOLYN YOUNG REAMS
                        Associate General Counsel

                        U.S. EQUAL EMPLOYMENT
                        OPPORTUNITY COMMISSION
                        131 "M" Street, N.W
                        Washington, D.C.  20507

Date: September 27, 2010     /s/ Anna Y. Park
                        ANNA Y. PARK
                        Regional Attorney

                        MICHAEL FARRELL
                        Supervisory Trial Attorney

                        ELIZABETH ESPARZA-CERVANTES
                        Senior Trial Attorney

                        U.S. EQUAL EMPLOYMENT
                        OPPORTUNITY COMMISSION