Anna Y. Park, SBN 164242
Michael Farrell, SBN 266553
Elizabeth Esparza-Cervantes, SBN 205412
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:  (213) 894-1083
Facsimile:  (213) 894-1301
E-Mail:  lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br> v. <br><br> LITHIA NISSAN HYUNDAI OF FRESNO, <br><br> Defendants. | Case No.: 1:10-cv-01816-LJO-DLB <br><br> CONSENT DECREE |

## I.    INTRODUCTION

Plaintiff U.S. Equal Employment Opportunity Commission (referred hereafter as "EEOC" or the "Commission") brought this action against Defendant LITHIA NISSAN HYUNDAI OF FRESNO (referred to hereafter as "Lithia" or "Defendant") alleging that LITHIA discriminated against Delbert Abercrombie (referred hereafter as "Abercrombie" or "Charging Party) and similarly situated

1  persons because of age in violation of the Age Discrimination in Employment Act
2  of 1967, as amended (the "ADEA"), 29 U.S.C. §623(a).

3

4  ## II.    JURISDICTION

5      The Court has jurisdiction over the parties and the subject matter of this
6  lawsuit.  The Complaint asserts claims that, if proven, would authorize the Court to
7  grant the equitable relief set forth in this Decree.

8      The terms and provisions of this Decree are fair, reasonable and just.  This
9  Decree conforms to the Federal Rules of Civil Procedure and the ADEA and is not
10  in derogation of the rights and privileges of any person.

11      The Court shall retain jurisdiction of this action for the duration of the
12  Decree for the purpose of entering all orders, judgments, and decrees which may
13  be necessary to implement the relief provided herein or to otherwise effectuate the
14  purposes of the Decree.

15      The parties do not object to the Court's jurisdiction of this action and waive
16  their rights to a hearing and the entry of findings of fact and conclusions of law.

17

18  ## III.    RELEASE OF CLAIMS

19      This Decree fully and completely resolves all issues, claims and allegations
20  by the EEOC against Defendant that are raised in the EEOC's Complaint filed in
21  this action in the United States District Court for the Eastern District of California,
22  captioned U.S. Equal Employment Opportunity Commission, v. Lithia Nissan
23  Hyundai of Fresno, Case No. 1:10-cv-01816-LJO-DLB.

24      Nothing in this Decree shall be construed to preclude any party from
25  bringing suit to enforce this Decree in the event that any party hereto fails to
26  perform the promises and representations contained herein.

27

28

1      Nothing in this Decree shall be construed to limit or reduce Defendant's

2 obligation to comply fully with the ADEA or any other federal employment

3 statute.

4      This Decree in no way affects the EEOC's right to bring, process,

5 investigate or litigate other charges that may be in existence or may later arise

6 against Defendant in accordance with standard EEOC procedures.

7

8 **IV.   DURATION OF DECREE AND RETENTION OF JURISDICTION**

9      The provisions and agreements contained herein are effective immediately

10 upon the date which the Decree is entered by the Court ("the Effective Date").

11      The duration of the Consent Decree shall be two (2) years from the date that

12 the Court signs this Decree.

13      For the duration of the Consent Decree, this Court shall retain jurisdiction

14 over this action for the purpose of enforcing the provisions of this Consent Decree.

15 Should the Court determine that LITHIA has not complied with this Decree, in

16 whole or in part, it may impose appropriate relief, including but not limited to the

17 imposition of costs, attorney fees, or other relief that the Court deems appropriate

18 on LITHIA including an extension of the duration of this Decree for such a period

19 as may be necessary to remedy non-compliance.

20

21 **V.   GENERAL INJUNCTIVE RELIEF**

22 **A.   Non-Discrimination**

23      LITHIA, its officers, agents, management (including all supervisory

24 employees), successors, assigns, and all those in active concert or participation

25 with them, or any of them, are hereby enjoined from:  (a) discriminating against

26 individuals on the basis of age in the terms and conditions of employment; and/or

27 (b) creating, facilitating or permitting the existence of a work environment that is

28 hostile toward employees over 40 years of age on the basis of their age.

**B.     Retaliation**

LITHIA, their officers, agents, management (including all supervisory employees), successors, assigns, and all those in active concert or participation with them, or any of them, hereby are enjoined from engaging in, implementing or permitting any action, policy or practice with the purpose of retaliating against any current or former employee or applicant of Defendant and/or any successors, or either of them, because he or she has in the past, or during the term of this Decree engaged in protected activity.

## VI.     SPECIFIC INJUNCTIVE RELIEF

**A.     Review, Revise and Redistribute Equal Employment Opportunity Policy and Procedures Regarding Age Discrimination.**

Within thirty (30) days of the Effective Date of this Decree, Defendant will review and, if necessary, make changes to its policies and procedures prohibiting age discrimination, including its policies for reporting and investigating age discrimination complaints.

Defendant's age discrimination policy shall include, at a minimum, the following:

1.     A strong and clear commitment to a workplace free from age discrimination;

2.     A clear description of age discrimination including, but not limited to, examples of hiring discrimination;

3.     A statement encouraging employees and applicants to come forward if they believe that they have been discriminated against during their application process;

4.     Notice to employees and applicants for employment of the contact information including name (if applicable), address, and telephone number of persons available to handle complaints of discrimination to

1   whom employees may complain, including a written statement that

2   the employee may report the discrimination to designated persons

3   outside their chain of management and/or interview processing

4   personnel;

5   5.   A description of the possible consequences, up to and including

6   termination, that will be imposed upon violation of the policy against

7   age discrimination;

8   6.   A statement of commitment to confidentiality for persons who bring

9   complaints about age discrimination;

10   7.   An assurance that persons who in good faith complain about age

11   discrimination that they experienced or witnessed will not be

12   subjected to retaliation; and

13   8.   A statement that Defendant's equal employment opportunity policy

14   applies to conduct by all persons, including but not limited to the

15   Defendant's management, supervisors, employees, vendors, suppliers,

16   and third parties.

17   Within sixty (60) days of the Effective Date of this Decree, Defendant will

18   provide to the EEOC its written policies and procedures prohibiting age

19   discrimination.

20   Within sixty (60) days of the EEOC's written notice to Defendant that it has

21   no objections to Defendant's policies and procedures regarding age discrimination,

22   Defendant shall issue, or re-issue if no modifications are made, its age

23   discrimination policies and procedures to all employees at its Fresno facility and

24   all persons involved in the hiring process of employees for the Fresno facility.

25   This may be done through an updated Employee Handbook.  Each employee shall

26   sign an acknowledgment that they have received and read the policy.  The same

27   acknowledgment shall be required of all newly hired employees at the start of their

28   employment.

**B.    Age Discrimination Training**

LITHIA shall conduct an annual training including age discrimination and hiring practices  that comply with the ADEA, for supervisory  employees of its Fresno facility and all employees involved in hiring personnel for its Fresno facility.  At Defendant's discretion, the training can be incorporated into Defendant's annual sexual harassment training required by California law.  At a minimum, the non-discrimination training program shall include the following:

1.    instruction on age discrimination, including a discussion on prohibited considerations during the hiring process;

2.    how to conduct the hiring process free from age discrimination;

3.    a review of  Defendant's non-discrimination employment policies;

4.    instruction on the complaint and investigation procedures for discrimination complaints; and

5.    how to recognize, prevent and correct age discrimination.

Within ninety (90) days after the Effective Date or within sixty (60) days of the EEOC's written notice to Defendant that it has no objections to Defendant's policies and procedures regarding age discrimination, whichever is later, LITHIA shall submit to the EEOC a description of the training to be provided.  LITHIA shall give the EEOC a minimum of ten (10) business days' advance written notice of the date, time and location of each training program provided pursuant to this Decree, and agree that an EEOC representative may attend any such training program.

All persons required to attend any training under this Decree shall verify their attendance in writing.

**C.      Equal Employment Opportunity Consultant**

Within thirty (30) days of the Effective Date of this Decree and for a period of two (2) years from the Effective Date of this Decree, LITHIA shall retain an EEO Consultant to implement and monitor LITHIA's compliance with the ADEA and with the provisions of this Decree.  The law firm of Fine, Boggs & Perkins LLP shall be an acceptable EEO Consultant.

The EEO Consultant's duties shall include the following:

1.      Ensuring that all reports required by this Decree are accurately compiled and timely submitted.

2.      Ensuring compliance under this Consent Decree.

3.      Reviewing or auditing any investigations conducted by the Defendant to ensure compliance under this Decree.  EEO Consultants shall make recommendations to address any irregularities.

4.      Conducting that annual training for LITHIA's Fresno facility employees about ADEA and hiring practices that comply with ADEA.

**D.      Recordkeeping and Reporting**

At the conclusion of the first and second year of this Decree LITHIA shall submit a written report describing its compliance with the terms of this Decree to the Regional Attorney of the Los Angeles District Office of the U.S. Equal Employment Opportunity Commission at 255 East Temple Street, Fourth Floor, Los Angeles, CA 90012.  The report shall contain the following information:

1.      A copy of LITHIA's age discrimination policies and procedures, including any modifications during the term of the decree developed by the EEO Consultant or adopted by LITHIA;

2.      Proof of EEO training to its employees, including a log of all employees in attendance at EEO training.

1   LITHIA shall ensure that all reports required by this Decree are accurately

2   compiled and timely submitted for the duration of the Decree.

3   For the duration of the Decree, LITHIA agrees to maintain such records as

4   are necessary to demonstrate its compliance with this Decree and to verify that the

5   reports submitted are accurate.

6   **VII.   MONETARY RELIEF**

7   **A.     Charging Party and Similarly Situated Individuals**

8   In settlement of all claims for monetary relief brought in this action,

9   Defendant agrees to pay a total of <u>eighty thousand dollars</u> ($ 80,000.00) (the

10  "Settlement Amount").  Defendant agrees to pay a lump sum of seventy-eight

11  thousand dollars ($78,000.00) of the Settlement Amount to Charging Party Delbert

12  Abercrombie constituting monies paid in lieu of liquidated damages.  Defendant

13  agrees to pay a lump sum amount of one thousand dollars ($1,000.00) each to

14  applicants Charles Mays and Cindi Anderson constituting monies paid in lieu of

15  liquidated damages.  EEOC determined that the monies paid in resolution of this

16  action constitute liquidated damages.  Lithia or its agent shall issue IRS Forms

17  1099 to Abercrombie, Mays and Anderson for the amount of settlement monies

18  they each received.  Abercrombie, Mays and Anderson shall be fully responsible

19  for any taxes owed on the settlement monies.

20  Within thirty (30) days of the Court's entry of this Consent Decree ,

21  Defendant shall issue and deliver to Abercrombie, Mays and Anderson the total

22  settlement amount for each and concurrently submit a copy of the three settlement

23  checks and related correspondence to the Regional Attorney, United States Equal

24  Employment Opportunity Commission, 255 East Temple Street, 4th Floor, Los

25  Angeles, CA 90012.

26  Defendant shall make appropriate reports to the Internal Revenue Service

27  and other tax authorities.  Defendant shall be solely responsible for any costs

28

1 associated with the issuance and distribution of the 1099 tax reporting forms to

2 Abercrombie, Mays and Anderson.

3 **VIII.  COMPLIANCE AND DISPUTE RESOLUTION**

4     In the event that the Commission believes that LITHIA has failed to comply

5 with any provision of this Decree, the Commission shall notify LITHIA in writing

6 of such belief and afford LITHIA a reasonable period of not less than ten (10)

7 business days to remedy the alleged non-compliance.  If LITHIA disagrees, they

8 shall notify the Commission in writing within ten (10) business days.  If, after

9 having received notice of failure to comply from the Commission, LITHIA

10 continues to fail to comply, or notifies the Commission that they disagree with the

11 Commission's belief, the Commission may then apply to this Court for appropriate

12 relief, including but not limited to a resolution of the dispute, a determination of

13 whether LITHIA is in compliance and, if not, an appropriate order to enforce the

14 provisions of the Decree.

15

16 **IX.    MODIFICATION AND SEVERABILITY**

17     This Decree constitutes the complete understanding of the parties with

18 respect to the matters contained herein.  No waiver, modification or amendment of

19 any provision of this Decree will be effective unless made in writing and signed by

20 an authorized representative of each of the parties.

21     If one or more provisions of the Decree are rendered unlawful or

22 unenforceable, the parties shall make good faith efforts to agree upon appropriate

23 amendments to this Decree in order to effectuate the purposes of the Decree.  In

24 any event, the remaining provisions will remain in full force and effect unless the

25 purposes of the Decree cannot be achieved.

26     By mutual agreement of the parties, this Decree may be amended or

27 modified in the interests of justice and fairness in order to effectuate the provisions

28 of this Decree.

## X.   COSTS AND ATTORNEYS' FEES

Each party shall bear its own court costs and attorneys' fees.

Defendant shall bear all costs associated with administration and implementation of the Consent Decree, including but not limited to the distribution of the settlement money to Charging Party Delbert Abercrombie, Charles Mays and Cindi Anderson and the hiring and retaining of the EEO Consultant.

## XI.   EMPLOYEE NOTICE AND SUCCESSORS

This Decree shall be binding upon and enforceable against LITHIA and its successors and assigns.

Dated: October 6, 2010    Respectfully Submitted,
             U.S. EQUAL EMPLOYMENT
             OPPORTUNITY COMMISSION
             Anna Y. Park
             Michael J. Farrell
             Elizabeth Esparza-Cervantes

             By: ____/s/_____
                Anna Y. Park, Regional Attorney
                Attorneys for Plaintiff

Dated: September 29, 2010   FINE, BOGGS & PERKINS, LLP
             Michael Perkins

             By: _/s/_____
                Michael Perkins
                Attorneys for Defendant

1

2

3

4   **FOR  GOOD CAUSE SHOWN**, the Decree is ordered and entered on this 15th day of  October 2010.

5                                                    By:__/s/ Lawrence J. O'Neill_____
                                                     HONORABLE LAWRENCE J. O'NEILL
6                                                    Judge, United States District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28